## AETNA LIFE INS CO v KEYSER

Ohio Appeals, 1st Dist, Butler Co

Decided April 13, 1934

C. W. Elliott, Middletown, for motion.
Frost & Jacobs, Cincinnati, and C. J. Petzhold, Cincinnati, opposed.

For full opinion see .197 NE 433; 50 Oh Ap 254.